IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | ) ) ) | CASE NO. C09-4002MWB |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| SMA ELEVATOR CONSTRUCTION INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

Upon unresisted application and pursuant to Administrative Order 1213 *, it is ORDERED that Defendant S-M Enterprises Inc.'s Motion to Appear Pro Hac Vice at Docket #30 is GRANTED.

Attorney James T Martin is admitted to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter.

DATED: June 1, 2009

ROBERT L PHELPS- CLERK
U.S. District Court
Northern District of Iowa

BY: s/KFS
Deputy Clerk

---

* Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.