IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | |
| Plaintiff, | No. C 09-4002-MWB |
| vs. | **ORDER DISMISSING DEFENDANT S-M ENTERPRISES, INC., WITHOUT PREJUDICE** |
| SMA ELEVATOR CONSTRUCTION INC., *et al.*, | |
| Defendants. | |

_____

This case is before the court on the motion of defendant S-M Enterprises, Inc., for dismissal without prejudice, and without costs or disbursements to either party, of all claims of the plaintiff against defendant S-M Enterprises, Inc., pursuant to a stipulation signed by counsel for the plaintiff and for defendant S-M Enterprises, Inc. The court finds good cause for voluntary dismissal without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THEREFORE, all of plaintiff's claims against defendant S-M Enterprises, Inc., are **dismissed without prejudice** and without costs or disbursements to either party.

**IT IS SO ORDERED.**

**DATED** this 12th day of March, 2010.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA